ORIGINAL

FILED

01/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0692

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0692

_____

JUAN ANASTASIO RODRIGUEZ,

      Petitioner,

    v.

JAMES SALMONSEN, Warden, Montana State
Prison,

      Respondent.

_____

FILED

JAN 0 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Juan Anastasio Rodriguez has filed a motion for extension of time to file a petition for rehearing. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until February 2, 2023, to file his petition for rehearing.

No further extensions will be granted.

DATED this 4ᵗʰ day of January, 2023.

For the Court,

_____
Chief Justice